

# NUMBER 13-15-00015-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ALFREDO SOBREVILLA

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Perkes, and Longoria
### Per Curiam Order

Relator, Alfredo Sobrevilla, filed a petition for writ of mandamus and motion for emergency stay in the above cause on January 7, 2015. Through this original proceeding, relator seeks to require the trial court to specify its reasons for granting a new trial and, subsequently, to compel the trial court to vacate and set aside the order granting a new trial.

The Court, having examined and fully considered the motion for emergency stay, is of the opinion that said motion should be granted. The motion for emergency stay is hereby GRANTED, and the new trial that has been granted in this matter is ordered

STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Brownsville Independent School District, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
8th day of January, 2015.